AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Roberto Valerio

APPEARANCE

CASE NUMBER: 1:08MJ41A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roberto Valerio

I certify that I am admitted to practice in this court.

4-2-08
*Date*

[signature]
*Signature*

David A Cooper 1981
*Print Name* *Bar Number*

127 Dorrance ST
*Address*

Providence R.I 02903
*City* *State* *Zip Code*

401-273-1880 401-331-2336
*Phone Number* *Fax Number*

email Cooperlawoffices@AOL.com

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.