1463094

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

RECEIVED
U.S. MARSHALS SERVICE
MAR 13 2008
District of Rhode Island

UNITED STATES OF AMERICA

V.

ROBERTO VALERIO

## WARRANT FOR ARREST

Case Number: 1:08MJ41A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERTO VALERIO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

knowingly transferring, possessing, or using, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law), and conspired to do the same.

in violation of Title 18 United States Code, Section(s) 1029(a), 1028A(a)(7) and 371

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

3/13/08 Providence RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
380 Westminster Mall
Providence, RI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-13-08 | Special Agent | |
| DATE OF ARREST 4-2-08 | Caroline Obrien-Butler | [signature] |